# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORWOOD ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. CAHLANDER, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01096 LJO DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION THAT THE ACTION BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO COMPLETE AND RETURN SERVICE DOCUMENTS |

Plaintiff Norwood Armstrong, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 14, 2014.

On June 5, 2015, the Court screened the complaint and found it stated a claim of excessive force under the Eighth Amendment against Correctional Officers L. Cahlander, F. Gonzales, and D. Perez, and a claim of deliberate indifference under the Eighth Amendment against Sergeant J. Gonzales and Nurse D. Niemiev. Service was authorized, and Plaintiff was provided with service documents for completion and return within thirty days. Over thirty days passed and Plaintiff failed to return the completed service documents.

On July 17, 2015, the Court issued a Findings and Recommendation that the action be dismissed for failure to comply with a court order. On July 30, 2015, Plaintiff filed objections to the Findings and Recommendation. Plaintiff states that he was separated from his property and legal material on June 20, 2015, and placed in administrative segregation pending a move to Salinas

1

Valley State Prison.  Plaintiff states he was transferred on July 8, 2015, and still has not been provided his property.  He states he has not been able to meet the deadline or provide the Court with an address until now.

Good cause having been presented and good cause appearing therefor, the Court HEREBY VACATES the Findings and Recommendation of July 17, 2015.  Plaintiff is GRANTED an extension of time of thirty (30) days from the date of service of this order to complete and return service documents.

IT IS SO ORDERED.

Dated:   **August 3, 2015**                                   /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE